IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAWRENCE THEODORE BYRD,

    Defendant.

Case No. 3:10cr203 (1)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH REIMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On April 24, 2012, the Defendant, having previously been found in violation of his supervised release which began on June 15, 2010, appeared in open Court for final disposition.

Pursuant to the record made at that time, the Defendant's Supervised Release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of twelve months, with a two year period of supervised release to follow, on the condition that he follow all the undischarged terms and conditions originally imposed upon him at the time of sentencing.

At the conclusion of the above proceedings, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

May 4, 2012

*(signature)*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record